# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PAUL VANDER VENNET, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 05 C 4889 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| AMERICAN INTERCONTINENTAL UNIVERSITY ONLINE, et al. | ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## APPROVAL ORDER

This matter having come before the Court upon the parties' Joint Motion For Approval of Settlement Agreement and after a fairness hearing held on December 3, 2008, following notice to the plaintiffs, this Court hereby finds that the parties' Settlement Agreement and the attorneys' fees and costs of plaintiffs' counsel are fair and reasonable and hereby approved. This case is hereby dismissed with prejudice. The Court directs the parties to carry out their respective obligations under the Settlement Agreement and sets this matter for status on implementation of the Settlement Agreement on June 17, 2009, at 11:00 a.m.

DATED: December  3  , 2008

_____
Honorable Judge William Hart